STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
JASON R. WIGG, ESQ.
Nevada Bar No. 007953
jwigg@lawhjc.com
JEREMY M. WELLAND, ESQ.
Nevada Bar No. 012526
jwelland@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorney for Defendants Essentia Insurance Company, OneBeacon Insurance Group, LLC, Hagerty Insurance Agency, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE THOMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>ESSENTIA INSURANCE COMPANY, ONEBEACON INSURANCE GROUP, LLC, HAGERTY INSURANCE AGENCY, LLC, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01209-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

The parties, by and through their undersigned counsel, stipulate and agree that Plaintiff GEORGE THOMAS shall have up to and including August 7, 2015 to file a response to the Motion to Dismiss filed by Defendants ESSENTIA INSURANCE COMPANY, ONEBEACON INSURANCE

///
///
///
///

1  GROUP, LLC, and HAGERTY INSURANCE AGENCY, LLC [Dkt #8].

3  DATED this 23rd day of July, 2015.        DATED this 23rd day of July, 2015.

4  HALL JAFFE & CLAYTON, LLP              CHRISTENSEN LAW OFFICES, LLC

   _____        _Jaroch #12411 for_____
7  Steven T. Jaffe, Esq.                  Thomas Christensen, Esq.
   Nevada Bar No. 7035                    Nevada Bar No. 2326
8  Jason R. Wigg, Esq.                    ~~Cara M. Xidis, Esq.~~ Carla Jaroch
   Nevada Bar No. 7953                    Nevada Bar No. ~~11743~~ 12411
9  7425 Peak Drive                        1000 S. Valley View Blvd.
   Las Vegas, Nevada 89128                Las Vegas, NV 89107
10 *Attorneys for Defendants Essentia Insurance   Attorneys for Plaintiff*
   *Company, OneBeacon Insurance Group, LLC,*
11 *Hagerty Insurance Agency, LLC*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/23/2015.